IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CORINTHIA BLANKS**                                                                 **PLAINTIFF**

v.                                    Case No. 4:14-cv-00456-KGB

**STATE OF ARKANSAS,
DEPARTMENT OF WORKFORCE EDUCATION,
DEPARTMENT OF FINANCE AND ADMINISTRATION,
RICHARD WEISS, in his Individual and Official Capacity as
Director of the Arkansas Department of Finance and Administration,
ARKANSAS REHABILITATION SERVICES,
WILLIAM WALKER, in his Individual and Official Capacity as
Director of Arkansas Rehabilitation Services,
DECARLIA DICKENS, in her Individual and Official Capacity,
SHAYLON WARE, in her Individual and Official Capacity,
CARL DAUGHERTY, in his Individual and Official Capacity, and
RANDY LAVERTY, in his Individual and Official Capacity**                **DEFENDANTS**

## ORDER

Before the Court is plaintiff Corinthia Blanks's motion to dismiss without prejudice (Dkt. No. 30). Ms. Blanks moves to dismiss her claims pursuant to Federal Rule of Civil Procedure 41. Therefore, this case is hereby dismissed without prejudice and removed from the trial docket for August 29, 2016. The Court denies all pending motions as moot.

So ordered this 11th day of July, 2016.

_____
Kristine G. Baker
United States District Judge